**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHRISTIAN IOSZPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| *vs.* | ) Case No. CIV-25-098-SLP |
| | ) |
| UNIFIN, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's Motion for Admission Pro Hac Vice on behalf of Whitney L. White [Doc. No. 11]. The Court grants the Motion. Whitney L. White is hereby admitted to practice before this Court for the limited purpose of participating in this case, ***provided*** that Ms. White links her individual PACER account to this court in order to request e-filing access and then electronically files an entry of appearance, consistent with LCvR83.4. Ms. White should familiarize herself with this Court's Local Rules, ECF Policies & Procedures Manual, and Chamber Rules.

IT IS SO ORDERED this 4th day of April, 2025.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE