**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

Cristian Ioszpe )
)
)
)
Plaintiff(s), )
)
v. )    Case No. 5:25-cv-00098-SLP
Unifin, Inc. )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Unifin, Inc. .
(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

S/ Whitney L. White        4/4/2025
Signature                Date

Whitney L. White
Print Name

Criminal Cases Only:

Sessions, Israel & Shartle, LLC
Firm

☐ Retained or USA

900 Jackson Street, Suite 440
Address

☐ CJA Appointment

| Dallas | Texas | 75202 |
| City | State | Zip Code |

☐ Federal Public Defender

(214) 741-3001
Telephone

☐ Pro Bono

wwhite@sessions.legal
Internet E-mail Address

☐ CJA Training Panel

REVISED 05/14/18

*Certificate of Service*

☐ I hereby certify that on _____, I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.

☑ I hereby certify that on April 4, 2025 _____, I filed the attached document with the

Clerk of the Court and served the attached document by  Email

on the following, who are not registered participants of the ECF System:

Cristian Ioszpe
203 Lonesome Woods Road
Tallahassee, Florida 32305
Telephone: (850) 567-3770
Email: cioszpe@gmail.com

s/ Whitney L. White
_____
s/ Attorney Name