# FedEx

Align top of FedEx® shipping label here.

**Envelop**

**Recycle m**

4734 WED 10/08 07:17      73102-3026-99
200 NW 4TH ST            OKLAHOMA CITY,OK
**PRIORITY OVERNIGHT**
**257-2521**
ETP: 4      SP:PD:100:Y

ORIGIN ID:TLHA  (405) 519-5249       SHIP DATE: 07OCT25
CRISTIAN E IOSZPE                    ACTWGT: 0.20 LB
                                     CAD: 6995079/SSFE2621
203 LONESOME WOODS RD

TALLAHASSEE, FL 32305                BILL CREDIT CARD
UNITED STATES US

TO   OFFICE OF THE CLERK, JOAN KANE
     UNITED STATES DISTRICT COURTHOUSE
     200 NW 4TH ST

     OKLAHOMA CITY OK 73102
     (405) 609-5000         REF:
     PO:                    DEPT:



**FedEx**
Express

**E**

TRK# 3940 0990 1673     WED – 08 OCT 10:30A
0201                    PRIORITY OVERNIGHT

**XS OKCA**               73102
              OK-US   OKC