# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CRISTIAN IOSZPE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:25-cv-00098-SLP** |
| | § | |
| **UNIFIN, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY WHITNEY L. WHITE</u>

To The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that the office of the undersigned has moved to a new location, with the following address:

SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024

Please update my appearance and contact information in the above captioned matter with the above contact information. Please note that my email address, telephone number, and facsimile number remain the same.

Respectfully Submitted,

*/s/ Whitney L. White*
Whitney L. White
*Admitted Pro Hac Vice*
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

1

*Attorney for Defendant,*
*Unifin, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system and via Email to the following:

Cristian Ioszpe
203 Lonesome Woods Road
Tallahassee, Florida 32305
Telephone: (850) 567-3770
Email: cioszpe@gmail.com

/s/ *Whitney L. White*
Whitney L. White

2