## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CRISTIAN IOSZPE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:25-cv-00098-SLP** |
| | § | |
| **UNIFIN, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S FINAL WITNESS LIST

Defendant, Unifin, Inc., through counsel and pursuant to the Federal Rules of Civil Procedure and the Court's Scheduling Order [doc. 29], submits the following list of witnesses in the above-captioned matter:

## Will Call

1. Unifin's Corporate Representative and/or records custodian, c/o Counsel for Unifin, Whitney L. White, SESSIONS, ISRAEL & SHARTLE, 5700 Granite Parkway, Suite 260, Plano, Texas 75024

Unifin's Corporate Representative has knowledge concerning Unifin's defenses to plaintiff's claims, Unifin's compliance with state and federal laws pertaining to collection of debt and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.*, the call attempts at issue to telephone number 405-519-5249 using MobileComply supplied by Unifin's vendor, DialConnection, LLC, Unifin's records and call recordings associated with the calls at issue to telephone number 405-519-5249, Unifin's discovery responses, and documents produced by Unifin in discovery.

## May Call

1. DialConnection, LLC Corporate Representative, c/o DialConnection, LLC, 309 Fellowship Road, Suite 200. Mt. Laurel, New Jersey, 08054

DialConnection, LLC's Corporate Representative has knowledge concerning the MobileComply system used to attempt the calls at issue to telephone number 405-519-

1

5249, and the MobileComply platform's compliance with the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq*.

2. Plaintiff (*pro se*), Cristian Ioszpe, 203 Lonesome Woods Road, Tallahassee, Florida 32305

Plaintiff to testify concerning his alleged damages.

Plaintiff failed to timely file a witness list. Unifin includes this entry on its witness list out of an abundance of caution in the event the Court permits plaintiff to file a witness list out of time. By this entry, however, Unifin does not waive its right to object to plaintiff filing a witness list out of time.

3. Witnesses listed by Plaintiff and not objected to by Unifin.

Plaintiff failed to timely file a witness list. Unifin includes this entry on its witness list out of an abundance of caution in the event the Court permits plaintiff to file a witness list out of time. By this entry, however, Unifin does not waive its right to object to plaintiff filing a witness list out of time.

Discovery has not been completed and Unifin reserves the right to add additional witnesses in the Supplemental Final Witness and Exhibit List and/or Pretrial Conference Order.

Respectfully Submitted,

*/s/ Whitney L. White*
Whitney L. White
*Admitted Pro Hac Vice*
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

Kerry R. Lewis (OBA #16519)
Rhodes, Hieronymus, Jones,
Tucker & Gable, PLLC
P.O. Box 21100
Tulsa, Oklahoma 74121
Telephone: (918) 582-1173
Facsimile: (918) 592-3390
Email: klewis@rhodesokla.com

*Attorneys for Defendant,*
*Unifin, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, a copy of the foregoing was served via Email

and U.S. Mail upon the following:

Cristian Ioszpe
203 Lonesome Woods Road
Tallahassee, Florida 32305
Telephone: (850) 567-3770
Email: cioszpe@gmail.com
*Plaintiff pro se*

/s/ *Whitney L. White*
Whitney L. White

3