## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

CRISTIAN IOSZPE,                         )
                                         )
      Plaintiff,                     )
                                         )
v.                                       )    Case No. CIV-25-98-SLP
                                         )
UNIFIN, INC.,                            )
                                         )
      Defendant.                     )

## **O R D E R**

Before the Court is the Plaintiff Cristian Ioszpe's Motion for Extension of Time to File Final Exhibit List [Doc. No. 33]. The Court encourages Plaintiff to review the Local Rules for the U.S. District Court for the Western District of Oklahoma[1], as well as this Court's chambers rules[2] before filing further pleadings. The current Motion does not identify whether previous motions for extensions have been made, does not identify whether the opposing counsel objects to the requested extension, and was not accompanied by a proposed order. *See* LCvR6.3. The current Motion further fails to "address the specific efforts undertaken to date to move the case forward," in fact, it only provides generalized assertions or conclusory statements that the parties have "been engaged in settlement discussions." [Doc. No. 33] at 1; *see* Chief Judge Scott L. Palk's Guidelines for Requesting Extensions of Scheduling Order Deadlines. Accordingly, the Plaintiff's Motion is **DENIED.** Because Plaintiff filed his Motion on the same date as the expiration

---

[1] www.okwd.uscourts.gov/sites/okwd/files/LocalRules2026.pdf

[2] www.okwd.uscourts.gov/chambers-rules

of the deadline, the Court sua sponte extends the deadline for Plaintiff to submit his Final Exhibit List to June 23, 2026.  However, if Plaintiff needs additional time, he may request it.

IT IS SO ORDERED this 16th day of June, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE