**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

|  |  |  |
|---|---|---|
| CRISTIAN IOSZPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-98-SLP |
| | ) | |
| UNIFIN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Plaintiff Cristian Ioszpe's Motion for Leave to File a Second Amended Complaint and to Join DialConnection, LLC as a Defendant [Doc. No. 36]. The Motion states that Defendant Unifin, Inc. objects to the Motion. [Doc. No. 36] at 3. Defendant is directed to respond to the Motion on or before July 1, 2026.

IT IS SO ORDERED this 17th day of June, 2026.

_____
**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**