## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CRISTIAN IOSZPE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:25-cv-00098-SLP |
| | § | |
| UNIFIN, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S FINAL EXHIBIT LIST

Defendant, Unifin, Inc., through counsel and pursuant to the Federal Rules of Civil

Procedure and the Court's Scheduling Order [doc. 29], submits the following list of

exhibits in the above-captioned matter:

*\* Exhibits 1 – 6  are expected to be used at trial. Exhibits 7 – 10 may be used if the need arises.*

1.    Unifin Account Notes Reflecting Call Attempts to the Telephone Number at Issue, 405-519-5249 – Unifin0001 – Unifin0005

2.    TransUnion TLO Results – Unifin0006

3.    .mp3 file Recording of Unifin's October 11, 2024 call with the Telephone Number at Issue, 405-519-5249 – Unifin0007

4.    .mp3 file Recording of Unifin's November 18, 2024 call with the Telephone Number at Issue, 405-519-5249 – Unifin0008

5.    Unifin's Discovery Responses and Pleadings and any supplements or amendments thereto

6.    Unifin's Request for Admission to Plaintiff that were deemed admitted automatically pursuant to Federal Rule of Civil Procedure 36(a)(3) because Plaintiff failing to timely respond to the Request for Admissions by April 13, 2026

7.    Plaintiff's Discovery Responses and Pleadings

8.    Documents produced by Plaintiff in Discovery

9.    Documents revealed during or produced at a deposition of Plaintiff and any of Plaintiff's witnesses (Plaintiff failed to timely file a witness list. Unifin includes this entry on its exhibit list out of an abundance of caution in the event the Court permits plaintiff to file a witness list out of time. By this entry, however, Unifin does not waive its right to object to Plaintiff filing a witness list out of time.)

10.    Exhibits listed by Plaintiff in Plaintiff's Exhibit List and not objected to by Unifin (Unifin's objections are due June 29, 2026 pursuant to the Scheduling Order.  By this entry, Unifin does not waive its right to object to Plaintiff's Exhibit List.)

Discovery has not been completed and Unifin reserves the right to add additional exhibits in a Supplemental Final Exhibit List and/or Pretrial Order.

Respectfully Submitted,

*/s/ Whitney L. White*
Whitney L. White
*Admitted Pro Hac Vice*
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

Kerry R. Lewis (OBA #16519)
Rhodes, Hieronymus, Jones,
Tucker & Gable, PLLC
P.O. Box 21100
Tulsa, Oklahoma 74121
Telephone: (918) 582-1173
Facsimile: (918) 592-3390
Email: klewis@rhodesokla.com

*Attorneys for Defendant,*
*Unifin, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, a copy of the foregoing was served via Email

and U.S. Mail upon the following:

Cristian Ioszpe
203 Lonesome Woods Road
Tallahassee, Florida 32305
Telephone: (850) 567-3770
Email: cioszpe@gmail.com
*Plaintiff pro se*

/s/ *Whitney L. White*
Whitney L. White

3