**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CRISTIAN IOSZPE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:25-cv-00098-SLP** |
| | § | |
| **UNIFIN, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

<u>**DECLARATION OF WHITNEY L. WHITE IN SUPPORT OF DEFENDANT,
UNIFIN, INC.'S, OBJECTIONS TO PLAINTIFF'S FINAL EXHIBIT LIST**</u>

I, Whitney L. White, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel of record for Defendant, Unifin, Inc. ("Unifin"), in the above captioned matter with day-to-day responsibility for management of this case on behalf of Unifin. Everything stated in this Declaration is based on my personal knowledge.

2. To date, Plaintiff has not served Unifin with Initial Disclosures under Fed. R. Civ. P. 26(a)(1).

3. Plaintiff did not file or serve a Final Witness List by the Court-ordered deadline on June 1, 2026. *See* Docket, *passim.*

4. Attached as **Exhibit 1** is a true and correct copy of the FedEx tracking for tracking id: 873037276840 (the FedEx tracking id associated with Plaintiff's filing per doc. 33-1) from www.fedex.com, last visited June 15, 2026.

1

5.      Attached as **Exhibit 2** is a true and correct copy of the June 13-14, 2026 conferral emails between Plaintiff and Unifin's Counsel regarding Plaintiff's extension request.

6.      I declare under penalty of perjury that the foregoing is true and correct. Executed June 29, 2026.

/s/ Whitney L. White
Whitney L. White
TX Bar No. 24075269
*Admitted Pro Hac Vice*
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

*Attorney for Defendant,*
*Unifin, Inc.*

2