# **<u>EXHIBIT 1</u>**

 

 Tracking ID:    873037276840

## Travel history    ⌃

Sort by:  Ascending  ⌄

Saturday, 6/13/26

- 12:44 PM
  **Picked up**
  POMPANO BEACH, FL

- 11:44 AM
  **Shipment information sent to FedEx**

- 4:08 PM
  **Left FedEx origin facility**
  POMPANO BEACH, FL

Sunday, 6/14/26

- 9:34 AM
  **Arrived at FedEx hub**
  MEMPHIS, TN

- 6:31 PM
  **Departed FedEx hub**
  MEMPHIS, TN

Monday, 6/15/26

- 7:22 AM
  **At local FedEx facility**
  OKLAHOMA CITY, OK

- 7:37 AM
  **On FedEx vehicle for delivery**
  OKLAHOMA CITY, OK

- ⊙ 9:40 AM
  **Delivered**
  OKLAHOMA CITY, OK

## Shipment facts    ⌃

 Shipment overview

**TRACKING NUMBER**    873037276840

**DELIVERED TO**    Shipping/Receiving

**SHIP DATE** ⑦    6/13/26





**DELIVERED**    6/15/2026 at 9:40 am

 Services

**SERVICE**    FedEx Priority Overnight

**SPECIAL HANDLING SECTION**    Deliver Weekday

Package details

**WEIGHT**    0.5 lbs / 0.23 kgs

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    0.5 lbs / 0.23 kgs

**PACKAGING**    FedEx Envelope

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

Transportation Contracting Opportunities

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**

© FedEx 1995-2026



Site Map    |    Cookie Consent    |    Terms of Use    |    Privacy & Security    |    Ad Choices