# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CRISTIAN IOSZPE, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Case No. 5:25-cv-00098-SLP** |
| | § | |
| UNIFIN, INC., | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT, UNIFIN, INC.'S, MOTION FOR SUMMARY JUDGMENT

Defendant, Unifin, Inc. ("Unifin"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 56, hereby files this Motion for Summary Judgment.

For the reasons set forth in its Brief in Support of the Motion for Summary Judgment filed contemporaneously herewith, Unifin respectfully requests that the Court grant its Motion and enter judgment in favor of Unifin and dismiss Plaintiff's claims with prejudice.

WHEREFORE, PREMISES CONSIDERED, Defendant, Unifin, Inc. respectfully requests the Court grant Unifin's Motion for Summary Judgment, enter judgment in favor of Unifin, dismiss Plaintiff's claims with prejudice, and for such other and further relief to which Unifin has shown itself justly entitled.

Respectfully Submitted,

*/s/ Whitney L. White*
Whitney L. White
TX Bar No. 24075269
*Admitted Pro Hac Vice*
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024
Telephone: (214) 741-3001

1

Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

Kerry R. Lewis (OBA #16519)
Rhodes, Hieronymus, Jones,
Tucker & Gable, PLLC
P.O. Box 21100
Tulsa, Oklahoma 74121
Telephone: (918) 582-1173
Facsimile: (918) 592-3390
Email: klewis@rhodesokla.com

*Attorneys for Defendant,*
*Unifin, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, a copy of the foregoing was served via Email

and U.S. Mail upon the following:

Cristian Ioszpe
203 Lonesome Woods Road
Tallahassee, Florida 32305
Telephone: (850) 567-3770
Email: cioszpe@gmail.com
*Plaintiff pro se*

/s/ *Whitney L. White*
Whitney L. White

2