# EXHIBIT 1



```
ALEDFWKC 11/25/24  09:34:25    Print Debtor Work Card              PAGE  1
Clt                                           Ac#
Rf#
Nm1                         Desk    MGR Sts  DNC Assignd
Nm2                         Assigned      09/13/24 PrincDue
Adr                         L/Charge              In   .00 %
                            L/Paymnt              Attorney
                            L/Letter              Court
PhN                         L/Worked      11/25/24 Other
                            L/Trust               JudInt
                            N/Review      11/25/24 Misc
Msg                                             CntgcyFe
                                                Tot Due
                                                Tot Paid
------------------------------- HISTORY -----------------------------
Date    Time  Uid Description              CR Dsk NxtRv Txt NextLtr Sts
-------- ----- --- ------------------------- -- --- ----- --- ------- ---
```

```
09/25/24 11:8  SYS TEL/DEAD AIR/TRIPLE-TONE         N  HSE         1 09/12 TLP
      4055195249: Operator Intercept
```

Unifin0001



ALEDFWKC 11/25/24  09:34:25    Print Debtor Work Card                PAGE  2
10/02/24 12:17 SYS TEL/DEAD AIR/TRIPLE-TONE        N  HSE        1 09/12 TLP
    4055195249: Operator Intercept



10/11/24 14:35 HSE Third Party Contact             N  HSE        1 09/12 TLP
    4055195249            :

**Unifin0002**



10/18/24 14:46 SYS TEL/# DISCONNECTED          N  HSE          1 09/12 TLP
     4055195249: Dropped

10/23/24 12:28 SYS TEL/NO MSG  ANS MACHINE      N  HSE          1 09/12 TLP
     4055195249: Answering Machine

ALEDFWKC 11/25/24  09:34:25    Print Debtor Work Card          PAGE  3

10/28/24 13:34 SYS TEL/NO MSG  ANS MACHINE      N  HSE          1 09/12 TLP
     4055195249: Answering Machine

**Unifin0003**



```
11/18/24 10:35 HSE Third Party Contact          N  HSE        1 09/12 TLP
   4055195249         : HE CANT HEAR ME
```



```
11/20/24 16:21 SYS TEL/NO MSG  ANS MACHINE      N  HSE        1 09/12 TLP
   4055195249: Answering Machine
11/21/24 14:41 SYS TEL/NO MSG  ANS MACHINE      N  HSE        1 09/12 TLP
   4055195249: Answering Machine
```

```
11/25/24 09:34 TP1 DO NOT CALL                  N  MGR 11/25  1 09/12 DNC
   threat of lit
```

```
ALEDFWKC 11/25/24  09:34:25    Print Debtor Work Card              PAGE  4
 ** End of Report **
```

Unifin0004

Unifin0005