# EXHIBIT 2

TLO-Phone-09222024_5-append.csv

4055195249,Mobile,66

Unifin0006