# <u>EXHIBIT 5</u>

CRISTIAN LOSZPE V. UNIFIN, INC.

RECORDED CALL

TOTAL TIME ON RECORD: 1 MINUTE, 52 SECONDS

Unifin0007



MR. LOYD BALUYOT: Hello.

MALE VOICE: Hello.

MR. BALUYOT: Hi, good morning -- hi, good afternoon. I'm speaking with C▮▮▮ W▮▮▮, right?

MALE VOICE: May I help you?

MR. BALUYOT: I'm calling to discuss urgent personal matter in line, the name of C▮▮ W▮▮. Is this C▮▮ W▮▮?

MALE VOICE: Who is this?

MR. BALUYOT: Hello?

MALE VOICE: Who is this? Yes, can you hear me?

MR. BALUYOT: Yes, I can hear you. My name is Lloyd, and I'm calling to discuss urgent personal matter in line, the name of C▮▮ W▮▮. Is this -- is this C▮▮ W▮▮?

MALE VOICE: Oh, hold on, I'm fixing my box here. All right. You say you're Loyd?

MR. BALUYOT: Yep.

MALE VOICE: Hi Lloyd. And who are you calling for?

MR. BALUYOT: We are calling from Unifin to discuss urgent personal matter with C▮▮ W▮▮. Is this he (sic)?

MALE VOICE: And you're calling from where?


ESQUIRE
DEPOSITION SOLUTIONS

MR. BALUYOT: Unifin?

MALE VOICE: Unifin? Like U-N-I-F-I-N?

MR. BALUYOT: Yep, you got it right. I'm speaking with --

[Crosstalk]

MALE VOICE: Okay.

MR. BALUYOT: -- C████ W████, right?

MALE VOICE: You just have to give me one second to confirm that, because I always just confirm who I'm talking to before I go any further in my calls now. Thank you, I appreciate that. So, is that like Unifin Incorporated?

MR. BALUYOT: Yep.

MALE VOICE: Like Unifin inc.com?

MR. BALUYOT: Yep.

MALE VOICE: Okay. Beautiful. Thank you for that information. You have a good day.

(End of recording.)



CERTIFICATE OF TRANSCRIPTIONIST

I, OBINNA ADIKA, hereby certify that I was authorized to and did transcribe the provided recording and that the foregoing transcript is a true transcript of said electronic recording to the best of my ability.

I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED this 22nd day of June, 2026.

*Obinna Adika*
_____

OBINNA ADIKA

AAERT CET No.#4949

