# EXHIBIT 6

CRISTIAN LOSZPE V. UNIFIN, INC.

RECORDED CALL

TOTAL TIME ON RECORD: 25 SECONDS

Unifin0008



800.211.DEPO (3376)
EsquireSolutions.com

MS. JULIE BROWN: Hello?

MALE VOICE: Yes.

MS. BROWN: Hello? Hi, my name is Julie Brown. Just call me Vera Cretic [phonetic]. Try to reach to ███████████.

MALE VOICE: I didn't understand anything you said.

MS. BROWN: This is Julie Brown. Just call me Vera Cretic. Try to reach to ███████████.

MALE VOICE: I have no idea what you said. You have a really bad microphone.

(End of recording.)



                CERTIFICATE OF TRANSCRIPTIONIST


        I, OBINNA ADIKA, hereby certify that I was authorized to and did transcribe the provided recording and that the foregoing transcript is a true transcript of said electronic recording to the best of my ability.

        I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.


        DATED this 22nd day of June, 2026.


*Obinna Adika*
_____

OBINNA ADIKA

 AAERT CET No.#4949

