## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CRISTIAN IOSZPE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:25-cv-00098-SLP** |
| | § | |
| **UNIFIN, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## DECLARATION OF KEITH LARSON

I, Keith Larson, pursuant to 28 U.S.C. § 1746, declare from my personal knowledge that the following facts are true and correct:

1.      I am over the age of 18 and competent to testify to the matters stated herein. I am of sound mind, have personal knowledge of the facts and matters set forth herein unless noted as based on information and belief and such are true and correct to the best of my knowledge.

2.      I am the President and Chief Operating Officer of DialConnection, LLC ("DialConnection") and have been in that role since 2015.

3.      I am duly authorized by DialConnection to make the representations contained in this Declaration for and on its behalf.

4.      As the President and COO of DialConnection, I am required to understand and do understand DialConnection's Enterprise and MobileComply calling systems. I have access to, training on, and experience using the calling systems and am familiar with the business records of DialConnection.

1

5.     DialConnection's customer, Unifin, Inc. ("Unifin"), placed calls to telephone number, 405-519-5249 (hereinafter the "-5249 Number"), between September 25, 2024 and November 21, 2024, using DialConnection's Enterprise and MobileComply systems.

6.     DialConnection provides hosted calling services to its customers, including Unifin.

7.     DialConnection's systems do not have the ability or the capacity to produce a telephone number using a random or sequential number generator. There are no features that can be activated or deactivated that allows a DialConnection customer to produce random or sequential generated numbers within the systems.

8.     DialConnection's systems do not have the ability or capacity to store a telephone number created using a random or sequential number generator. There are no features that can be activated or deactivated that allows a DialConnection customer to store random or sequential generated numbers within the systems.

9.     The DialConnection systems cannot create or randomize phone numbers.

10.     A telephone number must be found on a valid account in Unifin's system of record for the number to be imported to DialConnection's systems and eligible to be called. In other words, the DialConnection systems dial telephone numbers from a defined list of numbers imported from Unifin's system.

11.     Unifin is unable to modify or alter the DialConnection systems in any way.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

2

Executed on June 30, 2026          `

By:     *Keith Larson*

DocuSigned by:

ED4D697DBE024DF...

KEITH LARSON
President and Chief Operating Officer
DialConnection, LLC

3