# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CRISTIAN IOSZPE, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 5:25-cv-00098-SLP |
| UNIFIN, INC., | § § § | |
| Defendant. | § | |

## DECLARATION OF WHITNEY L. WHITE

I, Whitney L. White, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am counsel of record for Defendant, Unifin, Inc. ("Unifin"), in the above captioned matter with day-to-day responsibility for management of this case on behalf of Unifin. Everything stated in this Declaration is based on my personal knowledge.

2.      On March 12, 2026, through counsel, Unifin served Unifin's First Set of Discovery Requests to Plaintiff via e-mail and U.S. Mail.  A true and correct copy of Unifin's Discovery Requests to Plaintiff is attached hereto as **Exhibit 7**.

3.      Plaintiff's responses to the discovery requests were due on Monday, April 13, 2026.

4.      Plaintiff failed to answer, object, or otherwise respond to Unifin's Discovery Requests by April 13, 2026. Plaintiff did not seek an extension of time from the undersigned by which to respond.

5.      On April 25, 2026, Plaintiff served his untimely Discovery Responses to the undersigned via e-mail. A true and correct copy of Plaintiff's untimely Discovery Responses is attached hereto as **Exhibit 8.**

6.      Plaintiff did not serve Unifin with Initial Disclosures under Fed. R. Civ. P. 26(a)(1).

7.      Plaintiff did not file or serve a Final Witness List by the Court-ordered deadline on June 1, 2026. *See* Docket, *passim.*

8.      I declare under penalty of perjury that the foregoing is true and correct. Executed July 1, 2026.

Whitney L. White
TX Bar No. 24075269
*Admitted Pro Hac Vice*
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

*Attorney for Defendant,*
*Unifin, Inc.*

2