# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CRISTIAN IOSZPE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:25-cv-00098-SLP |
| | § | |
| UNIFIN, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT, UNIFIN, INC.'S, MOTION FOR SUMMARY JUDGMENT

After considering Defendant, Unifin, Inc.'s, Motion for Summary Judgment (the "Motion"), the Court hereby GRANTS the Motion.

IT IS ORDERED that judgment shall be entered in favor of Defendant, Unifin, Inc., and all claims asserted by Plaintiff against Defendant, Unifin, Inc., and this lawsuit are hereby DISMISSED WITH PREJUDICE.

Dated: _____

_____
JUDGE SCOTT L. PALK
UNITED STATES DISTRICT COURT