**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CRISTIAN IOSZPE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:25-cv-00098-SLP** |
| | § | |
| **UNIFIN, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT AND TO JOIN
DIALCONNECTION, LLC AS A DEFENDANT**

After considering Plaintiff's Motion for Leave to File Second Amended Complaint

and to Joint DialConnetion, LLC as a Defendant (the "Motion"), and any responses or

replies thereto, the Court hereby DENIES the Motion.

IT IS ORDERED that Plaintiff's Motion for Leave to File Second Amended

Complaint and to Joint DialConnetion, LLC as a Defendant is DENIED.

Dated: _____          _____

JUDGE SCOTT L. PALK
UNITED STATES DISTRICT COURT